# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ELISIO OLMEDA,**

    **Plaintiff,**

vs.                                           **CASE NO.:**

**FLTVT, L.L.C. d/b/a**
**SEMINOLE TOYOTA,**

    **Defendant.**
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

1. Plaintiff ELISIO OLMEDA (hereinafter "Plaintiff"), sues Defendant FLTVT, L.L.C. d/b/a SEMINOLE TOYOTA (hereinafter "Seminole Toyota"), for violations of the Uniformed Services Employment and Reemployment Act (USERRA), 38 U.S.C. §§ 4301-4335.

2. This Honorable Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and 38 U.S.C. § 4323(b).

3. Plaintiff is a resident of Sanford, Seminole County, Florida.

4. Defendant is a Foreign Limited Liability Company conducting business in Seminole County, Florida.

5. All facts which give rise to the instant matter occurred in Seminole County, Florida and is therefore, within the jurisdiction of this Court.

6. Venue is appropriate in the Orlando Division of the United States District Court for the Middle District of Florida pursuant to 38 U.S.C. § 4323(c)(2).

7. On February 1, 2021, Plaintiff applied for a Sales Associate position with Defendant at its Seminole Toyota location in Sanford, Florida.

8. Defendant owns, controls, maintains, and operates a car dealership known as Seminole Toyota located at 1160 Rinehart Road, Sanford, Florida.

9. On February 2, 2021, Defendant's General Sales Manager, Craig Lutz, contacted Plaintiff and scheduled to conduct Plaintiff's employment interview on February 5, 2021.

10. Plaintiff interviewed with Defendant's Sales Managers, Mark Dalton, on February 5, 2021.

11. During the interview, Plaintiff informed Dalton that he was in the United States Army Reserves.

12. Dalton then asked Plaintiff how that would affect Plaintiff's availability.

13. Plaintiff stated he would only need to report for Reservist duties one weekend out of each month and for two full weeks out of each year.

14. Dalton told Plaintiff that if he had to be off work for one weekend each month, Plaintiff "wouldn't make money" and Defendant "couldn't hire [him]".

15. Plaintiff was qualified for the position for which he applied.

16. The sole reason for Defendant's denial of employment to Plaintiff was his status as United Stated Army Reservist.

17. Defendant willfully discriminated against Plaintiff due to his service in the military.

18. Plaintiff has lost wages and other economic benefits as a direct and proximate result of Defendant's discriminatory actions.

19. Plaintiff sues Defendant pursuant to 38 U.S.C. § 4323(a)(3).

WHEREFORE, Plaintiff ELISIO OLMEDA, demands trial by jury, that Defendant comply with USERRA, compensatory damages, back pay, liquidated damages, attorneys' fees, costs and any other further relief the Court deems appropriate.

Date: <u>June 1, 2021</u>.               Respectfully submitted,

*/s/ Anthony J. Hall*
Anthony J. Hall, Esq.
FL Bar No. 40924
THE LEACH FIRM, P.A.
631 S. Orlando Avenue, Suite 300
Winter Park, Florida 32789
Telephone: (407) 574-4999
Facsimile: (321) 594-7316
Email: ahall@theleachfirm.com
Email: npacheco@theleachfirm.com
***Attorneys for Plaintiff***