UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO.: 6:21-cv-00939-PGB-EJK

ELISIO OLMEDA,

    Plaintiff,

v.

FLTVT, LLC
d/b/a SEMINOLE TOYOTA,

    Defendant.
_____/

ELISIO OLMEDA,

    Plaintiff,

v.

GMVT MOTORS, LLC
d/b/a SEMINOLE CHEVROLET,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Elisio Olmeda, and Defendants, FLTVT, LLC d/b/a Seminole Toyota and GMVT, LLC d/b/a Seminole Chevrolet, hereby file this Joint Stipulation of Voluntary Dismissal With Prejudice. The parties agree that this consolidated action be hereby dismissed with prejudice in its entirety, that all

Case 6:21-cv-00939-PGB-EJK   Document 25   Filed 08/25/21   Page 2 of 2 PageID 120

pending motions be denied as moot, and that each party is to bear its own attorney's fees and costs.

Date:  August 25, 2021

| | |
|---|---|
| By:  */s/Anthony J. Hall*<br>Anthony J. Hall<br>Fla. Bar No. 40924<br>ahall@theleachfirm.com<br>The Leach Firm, P.A.<br>631 South Orlando Avenue<br>Suite 300<br>Winter Park, Florida 32789<br>Telephone (407) 574-4999<br><br>*Attorneys for Plaintiff* | By:  */s/Steven A. Siegel*<br>Steven A. Siegel<br>Fla. Bar No. 497274<br>ssiegel@fisherphillips.com<br>Fisher & Phillips LLP<br>450 East Las Olas Boulevard<br>Suite 800<br>Fort Lauderdale, Florida 33301<br>Telephone (954) 525-4800<br><br>*Attorneys for Defendants* |